IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MICHAEL S. POLSKY, Wis. Stat.
Ch. 128 Receiver for Olsen's Mill, Inc.,

    Plaintiff,

v.

RENEW ENERGY, LLC,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 09-cv-701-bbc

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

that the appeal of the decision of the Bankruptcy Court for the Western District of Wisconsin reserving a ruling on the question of whether Olsen's Mill's claim under 11 U. S. C. § 503(b)(1)(A) should be allowed or disallowed is dismissed for lack of subject matter jurisdiction. The decision to disallow Olsen's Mill's claim under 11 U. S. C. § 503(b)(9) is affirmed.

_____       3/9/10
Peter Oppeneer, Clerk of Court      Date